ANTHONY LA MONICA v. FORD MOTOR COMPANY.

September 18, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES DANZY.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK STARR.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CARL JACKSON.

September 19, 1973. Petition for certification denied. (See 124 *N. J. Super.* 1)

STATE OF NEW JERSEY v. JOHN GRIFFIN.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL SHEPTUCK.

September 19, 1973. Petition for certification denied.